UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERLEAN DRAYTON,

    Plaintiff,

v.                                            Case No: 8:14-cv-842-T-36MAP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on July 10, 2014 (Doc. 8).  In the Report and Recommendation, Magistrate Judge Pizzo recommends that the Court dismiss Plaintiff's Complaint, without prejudice, for failure to state a claim upon which relief may be granted.  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 8) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     This case is dismissed, without prejudice.

(3)     The Clerk is directed to terminate all pending motions and close this file.

...

**DONE AND ORDERED** at Tampa, Florida on July 29, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record